| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Sofya Davtyan (SBN 259544)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.Berger@bankruptcypower.com<br>Sofya.Davtyan@bankruptcypower.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Amphil Group, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | CASE NO.: 2:21-bk-18014-VZ |
|---|---|
| Amphil Group, LLC | CHAPTER: 11 |
| | **NOTICE OF SALE OF ESTATE PROPERTY** |
| Debtor(s). | |

| Sale Date: 05/03/2022 | Time: 11:00 am |
|---|---|
| **Location:** Courtroom 1368, U.S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012 | |

**Type of Sale:** ☒ Public  ☐ Private     Last date to file objections: 04/19/2022

**Description of property to be sold:**
19650 Chalina Drive, Walnut, CA 91789 (the "Property")
APN: 8734-011-009

**Terms and conditions of sale:**
Subject to court approval.
Property sold as-is.

**Proposed sale price:** $ 1,800,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                              F 6004-2.NOTICE.SALE

**Overbid procedure (*if any*):** Overbid must be all cash and at least $1,850,000.00 ($50,000 more than offer) with no contingencies to closing. Any party to overbid must contact Debtor's counsel at least 24 hours before the hearing and provide evidence of financial resources, cashier's check for $450,000, proof of funds and ability to timely close.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date: May 3, 2022 at 11:00 a.m. in Courtroom 1368 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA 90012.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Michael Jay Berger (SBN 100291)
Sofya Davtyan (SBN 259544)
Law Offices of Michael Jay Berger
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
Tel.: (310) 271-6223
Fax: (310) 271-9805
Michael.Berger@bankruptcypower.com
Sofya.Davtyan@bankruptcypower.com

Date: 04/11/2022

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 6004-2.NOTICE.SALE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* __04/11/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* __04/11/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This document is to be served on Secured Creditors and 20 Largest Unsecured Creditors by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* __04/11/2022__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/11/2022 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## 2. SERVED BY UNITED STATES MAIL BY BK ATTORNEY SERVICES, LLC D/B/A CERTIFICATEOFSERVICE.COM

### SECURED CREDITORS

Los Angeles County Tax
PO Box 54110
Los Angeles, CA 90054 (Address from POC)

Triumph Capital Partners Inc.
155 S. Highway 101, Ste. 7
Solana Beach, CA 92075

SSA NE Assets, LLC
c/o Polsinelli LLP
Attn: Tanya Behnam,
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067 (Address from POC)

### 20 LARGEST UNSECURED CREDIORS

Wells Fargo
Small Business Lending
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038 (Address from POC)

IRS
PO Box 7346
Philadelphia, PA 19101 (Address from POC)

### OTHER BUSINESS PARTNERS

Darwin D. Viado
1301 W. Merced Avenue
West Covina, CA 91790

Basillo T. Terrenal
3423 Millbury Avenue
Baldwin Park, CA 91706

### OTHER INTERESTED PARTIES

Creative Home Furniture & Design
17843 Colima Rd.
Rowland Heights, CA 91748

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Toorak Repo Seller I Trust
Attn: Darren Weaver
15 Maple Street, Second Floor West
Summit, NJ 07901

Triumph Capital Partners, Inc.
662 Encinitas Blvd., Suite 208
Encinitas, CA 92024

Re/Max 2000 Realty
c/o Amy Ji (Real Estate Agent for Debtor and Buyer, WY LLC)
1221 S. Hacienda Blvd.,
Hacienda Heights, CA 91745

WY, LLC (Buyer)
482 S. Arroyo Pkwy #108
Pasadena, CA 91105-2580

Rowland Escrow
c/o Rebecca Chen (Escrow Officer)
19051 Colima Rd.,
Rowland Heights, CA 91748

Joseph Cavagnaro, Special Service America
150 Great Neck Rd., Ste. 102
Great Neck, NY 11021

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE